UNITED STATES of America, Plaintiff-Appellee,

v.

Oftie Gene EVANS, Defendant-Appellant.

No. 72-2689

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Dec. 21, 1972.

Richard R. Kirby, Atlanta, Ga. (Court-appointed), for defendant-appellant.

John W. Stokes, U. S. Atty., George H. Connell, Jr., Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

This is an appeal from an order denying appellant's motion to dismiss the indictment against him. Since such an order is not a final judgment, we are without jurisdiction to consider the merits of his claim. Accordingly, the appeal is hereby dismissed.

---

1. It is appropriate to dispose of this case summarily. See Groendyke Transportation, Inc. v. Davis, 5 Cir., 1969, 406 F.2d 1158.

BACHE & CO., INCORPORATED, Appellee-Appellant,

v.

INTERNATIONAL CONTROLS CORPORATION, Appellant-Appellee.

No. 202, Docket 72-1454.

United States Court of Appeals, Second Circuit.

Argued Dec. 11, 1972.

Decided Dec. 15, 1972.

Howard T. Milman, Sullivan & Cromwell, Joel M. Miller, New York City, for appellee-appellant.

James A. Hourihan, Washington, D. C. (Hogan & Hartson, David A. Ludtke, Washington, D. C., Cahill, Gordon, Sonnett, Reindel & Ohl, David R. Hyde, Allen S. Joslyn, New York City, on the brief), for appellant-appellee.

Before KAUFMAN, ANDERSON and OAKES, Circuit Judges.

PER CURIAM:

We affirm the judgment on Judge Levet's opinions below, 339 F.Supp. 341 (S.D.N.Y.1972); 324 F.Supp. 998 (S.D.N.Y.1971).

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.